IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| KENNETH MAES, | CV 12-02217-BR |
| Plaintiff, | JUDGMENT OF DISMISSAL |
| v. | |
| PROFESSIONAL RECOVERY SERVICES, INC., | |
| Defendant. | |

The Court hereby **GRANTS** the Stipulated Motion for General Judgment of Dismissal With Prejudice (#8) filed February 8, 2013 and hereby **DISMISSES** this matter with prejudice and without costs or attorney fees to either party. The R16 Conference set for February 13, 2013 is vacated.

Dated this 12th day of February, 2013.

_____
ANNA J. BROWN
United States District Judge

JUDGMENT OF DISMISSAL